Order 722 (05/18)

**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Charles M. Caldwell*

Charles M. Caldwell
United States Bankruptcy Judge

**Dated: December 13, 2018**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re   Sherry A. Cameron            )        Case No.   18-56958
                                     )        Chapter 7
                                     )        Judge      Charles M. Caldwell
         Debtor/s

ORDER GRANTING MOTION TO REDEEM A MOTOR VEHICLE (DOC.   11   )

This matter is before the court on the Motion to Redeem a Motor Vehicle (the "Motion"). In the Motion, the Debtor seeks to pay

_____ Ally Financial _____ (the "Creditor")

$   12,771.00   to redeem a

_____ 2017 Jeep Patriot Utility 4D Latitude _____ (the "Vehicle").

The Motion was properly noticed and served, and no responses or requests for hearing were filed, or any responses filed were subsequently withdrawn.

Accordingly, the Motion is GRANTED. The Debtor is permitted to redeem the Vehicle by paying the Creditor the above-mentioned sum within thirty (30) days of the date of entry of this Order. Within thirty (30) days of the receipt of such payment, the Creditor shall provide to the Debtor the title to the Vehicle with the Creditor's lien noted as canceled.

SO ORDERED.

Copies to:

**Order 722 (05/18)**

Default List
Creditor Name and Address:

Ally Financial
Attn: CEO
PO Box 8133
Cockeysville, MD 21030